**Louise C. Greenfield, appellee, v. Joseph Fakan, appellant. Gen. No. 26,496.**

Action for personal injuries received by plaintiff while riding as a guest in an automobile which collided with defendant's automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed November 29, 1921. Rehearing denied December 9, 1921.

Charles J. Michal, for appellant; Charles P. Molthrop, of counsel. Bates, Hicks & Folonie, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**Mary A. Cassidy, administratrix of the estate of Thomas Cassidy, deceased, appellee, v. City of Chicago et al., on appeal of City of Chicago, appellant. Gen. No. 26,518.**

Action for death of plaintiff's decedent due to the dangerous condition of a sidewalk causing deceased to fall into the basement of a building under construction. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. Quin O'Brien, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**Mabel DeBeneditto, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 26,542.**

Action for personal injuries resulting from a fall from one of defendants' street cars. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed November 29, 1921.

Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellants; John R. Guilliams and George E. Gorman, of counsel. Bryant E. Vail, for appellee; Edward P. Vail, of counsel.

Mr. Justice Barnes delivered the opinion of the court.